| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | KEVIN J. LIN (NYBN 5048053)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680<br>Fax: (510) 637-3724<br>E-Mail: kevin.lin@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00457 JSW |
| Plaintiff, | ) ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) | |
| REYNALDO MARTE,<br>a/k/a/ "Ray Marty," | ) ) ) | |
| Defendant. | ) ) ) | |

TO: The Honorable Kandis A. Westmore, United States Magistrate Judge of the United States District Court for the Northern District of California:

Special Assistant United States Attorney Kevin J. Lin, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner,REYNALDO MARTE, whose place of custody and jailor are set forth in the requested Writ, attached hereto.

////

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 13-00457 JSW

1 The prisoner is required as a defendant in the above-entitled matter in this Court, and
2 therefore petitioner prays that this Court issue the Writ as presented.

Dated: July 17, 2013            Respectfully submitted,

                                MELINDA HAAG
                                United States Attorney


                                _____/s/_____
                                KEVIN J. LIN
                                Special Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 13-00457 JSW

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | KEVIN J. LIN (NYBN 5048053)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680 |
| 7 | Fax: (510) 637-3724<br>E-Mail: kevin.lin@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00457 JSW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| REYNALDO MARTE,<br>a/k/a/ "Ray Marty," | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant REYNALDO MARTE, before this Court on the date stated in the Writ submitted or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 7/16/13

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 13-00457 JSW